UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JAMES M. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:18-cv-00373-JPH-DLP |
| | ) |
| VINCENNES UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT VINCENNES UNIVERSITY'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendant Vincennes University ("the University"), by counsel and pursuant to Federal Rule of Civil 56, moves this Court for entry of summary judgment in its favor and against the Plaintiff, James M. Jones, on all claims raised in Plaintiff's First Amended Complaint filed in this matter on or about January 8, 2019. As shown in *Defendant's Brief in Support of Motion for Summary Judgment*, and supported by the evidence designated to this Court in *Defendant's Appendix of Designated Evidence in Support of Defendant's Motion for Summary Judgment*, both of which are filed contemporaneously herewith pursuant to Local Rule 56-1 of this Court, there is no genuine issue of material fact and the University is entitled to judgment as a matter of law.

Pursuant to the "Practices and Procedures before Judge Hanlon," the following Exhibits are provided as attachments hereto in support of this Motion for Summary Judgment:

| Exhibit | Description | Pages | File Size |
|---|---|---|---|
| 1 | Video Transcript of Deposition of James M. Jones (Plaintiff) (Filed manually with clerk's office) | N/A | |
| 2 | Jones (Plf) Dep. Transcript Excerpts | 1-156 | 13.12 MB |
| 3 | Rath Dep. Transcript Excerpts | 1-86 | 5.43 MB |
| 4 | Dunham Dep. Transcript Excerpts and Errata | 1-47 | 3.42 MB |
| 5 | McCord-Fithian Dep. Transcript Excerpts and Errata | 1-56 | 3.91 MB |
| 6 | McCord-Fithian Affidavit | 1-3 | 295 KB |
| 7 | Igel Affidvait | 1-2 | 184 KB |
| 8 | Gardner Affidavit | 1-2 | 187 KB |
| 9 | Herron Affidavit | 1-2 | 209 KB |
| 10 | Plf.'s First Amended Complaint and Exhibits | 1-11 | 2.94 MB |
| 11 | Plf.'s Answers to Def.'s First Set of Interrogatories | 1-9 | 804 KB |
| 12 | Plf.s Supplemental Responses to Discovery Requests | 1-4 | 384 KB |
| 13 | James Jones Birth Certificate | 1 | 313 KB |
| 14 | James Jones Passport | 1 | 493 KB |
| 15 | Jones Application for Employment (Feb. 15, 1990) | 1-4 | 315 KB |
| 16 | Jones Employee Personnel Information Form (April 23, 1990) | 1-2 | 191 KB |
| 17 | Email re: Lynn White Retirement (June 30, 2016) | 1-3 | 290 KB |
| 18 | Email re: Appointment of R, Dunham as Police Chief (June 9, 2017) | 1 | 132 KB |
| 19 | McCord-Fithian Notes from June 9 & 12, 2017 | VU0767 | 106 KB |
| 20 | Jones Change of Status form (June 16, 2017) | 1 | 146 KB |
| 21 | Training Coordinator Job Description | 1 | 199 KB |
| 22 | Jones Retirement Letter (June 19, 2017) | 1 | 95 KB |
| 23 | Payroll Notification Form with attached Jones Retirement Letter (June 20, 2017) | 1-2 | 2.1 MB |

WHEREFORE, the University prays for entry of an order grating summary judgment to it on all claims raised in the Plaintiff's First Amended Complaint and awarding the University all other just and proper relief in the premises.

       Respectfully submitted,

       CHURCH CHURCH HITTLE + ANTRIM

       By:   */s/Kevin S. Smith*
              Kevin S. Smith, No.20379-49
              KSmith@cchalaw.com
              Brent R. Borg, No. 27415-29
              BBorg@cchalaw.com
              Two North Ninth Street
              Noblesville, IN 46060
              T: (317) 773-2190
              F: (317) 572-1609

       Attorneys for Vincennes University

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2019, the foregoing was filed electronically. Notice of this filing was sent to the following by operation of the Court's Electronic filing system:

Ronald S. Langacker
LANGACKER LAW
210 N. Broadway
Urbana, IL 61801

              */s/ Kevin S. Smith*
              Kevin S. Smith